

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV 1 3 2019

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
        Plaintiff, )   CRIMINAL NO. 19CR4180 RB
)
vs. )   21 U.S.C. § 846: Conspiracy.
)
YVETTE MALDONADO, a.k.a. )
"Wera," a.k.a. "La Wera Luna," and )
RENE JESUS LUCERO, )
)
        Defendants. )

INDICTMENT

The Grand Jury charges:

From on or about July 18, 2018, and continuing to on or about August 16, 2018, in Doña Ana County, in the District of New Mexico and elsewhere, the defendants, **YVETTE MALDONADO, a.k.a. "Wera," a.k.a. "La Wera Luna,"** and **RENE JESUS LUCERO**, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

Quantity of Methamphetamine Involved in the Conspiracy

With respect to **YVETTE MALDONADO, a.k.a. "Wera," a.k.a. "La Wera Luna,"** and **RENE JESUS LUCERO**, the amount of methamphetamine involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators

reasonably foreseeable to them, is 50 grams and more of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

In violation of 21 U.S.C. § 846.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

RCW
11/8/2019 2:03 PM